United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dirone Underwood  
Cristie Underwood  
      Debtors

Case No. 14-11483-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 08, 2016  
                        Form ID: 211     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
```
db/jdb         +Dirone Underwood,    Cristie Underwood,    71 S. Price Street,    Pottstown, PA 19464-5857
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr              Residential Credit Solutions, Inc.,    P.O. Box 163229,    Fort Worth, TX 76161-3229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Residential Credit Solutions, Inc.
               ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    GMAC Mortgage, LLC. paeb@fedphe.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              JOSEPH L QUINN    on behalf of Debtor Dirone  Underwood CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Cristie  Underwood CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com,    lerase@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Dirone Underwood and Cristie Underwood

Debtor(s)  Case No: 14−11483−elf

___

*ORDER*

AND NOW, 8/8/16 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/22/16 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Eric L. Frank

Chief Judge ,United States Bankruptcy Court