United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dirone Underwood
Cristie Underwood
       Debtors

Case No. 14-11483-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: PaulP　　　Page 1 of 1　　　Date Rcvd: Aug 22, 2016
　　　　　　　　　　　　Form ID: 195　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
db/jdb　　　+Dirone Underwood,   Cristie Underwood,   71 S. Price Street,   Pottstown, PA 19464-5857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Residential Credit Solutions, Inc.
       ecfmail@mwc-law.com
      CHRISOVALANTE  FLIAKOS    on behalf of Creditor    GMAC Mortgage, LLC. paeb@fedphe.com
      GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
      JOSEPH L QUINN    on behalf of Debtor Dirone  Underwood CourtNotices@sjr-law.com
      JOSEPH L QUINN    on behalf of Joint Debtor Cristie  Underwood CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com,   lerase@logs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Dirone Underwood and Cristie Underwood                                : Case No. 14–11483–elf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , August 22, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

75
Form 195